FILED
CLERK, U.S. DISTRICT COURT
JUN 2 2 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Miguel Delgado, DEFENDANT(S). | CASE NUMBER M-16-731 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __6/24/16__, _____, at __11:00__ ☒ a.m. / ☐ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20, 3rd Floor__. 312 N. Spring Street, Los Angeles, CA 90012

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __6/22/16__          _____
                                            U.S. District Judge/Magistrate Judge